# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2016

152886

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 152886
COA: 329343
Kent CC: 13-011957-FC

DREW EVERTT GARNER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 23, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2016



Clerk

p0928